JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAUL CERVANTES, | Case No. CV 13-4880 R (SS) |
| Petitioner, | |
| v. | **JUDGMENT** |
| M.D. BITER, Warden, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: January 24, 2019

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE